No. 03–7180. FANA v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 03–7181. HARRINGTON v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–7183. HERNDON v. RAY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–7185. WILSON v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 03–7186. ABDO, DBA AMERICAN TAX PLANNING CO. v. INTERNAL REVENUE SERVICE. C. A. 4th Cir. Certiorari denied.

No. 03–7194. WILLIAMS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7195. KAILING v. HENDRICKSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7196. SCHAFER v. QUINT ASSOCIATES, INC. Ct. App. Ind. Certiorari denied.

No. 03–7200. JAMISON v. FARWELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7201. CHANG v. PHILLIPS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–7204. PALERMO v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7205. OMUNA v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7211. SMITH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7212. ROCHELL v. SULLIVAN ET AL. Cir. Ct. Miss., Winston County. Certiorari denied.